Printed: 09/02/11 04:31 PM

# Claims Distribution Small Checks

Page: 1

Case: 09-51505 - JONES, KATHLEEN B

Trustee: ROBERT R. KANUIT (430160)

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 920070478901166 | 109 09/02/11 | 11 | 05/07/10 | 640 | Payee: U.S. Bankruptcy Court<br>CHASE BANK USA NA | 1.78 | 1.78 | 1.78 | 1.78 |

Check Amount: $1.78

(*) Denotes objection to Amount Filed

RECEIVED
2011 SEP -8 AM 8:50
U.S. BANKRUPTCY COURT
DULUTH, MN

32679
9-8-11